FILED
2011 Aug-03  PM 04:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                       :

Hispanic Interest Coalition of Alabama, *et*   :     No. 5:11-cv-02484-SLB
*al.*                                      :

                       :     **MOTION OF THE**

          Plaintiffs,    :     **UNITED MEXICAN STATES**

                       :     **AS *AMICUS CURIAE***

   vs.                   :     **FOR LEAVE TO FILE**

                       :     **BRIEF IN SUPPORT OF**

Governor Robert Bentley, *et al.*,     :     **PLAINTIFFS' COMPLAINT**

                       :     **FOR DECLARATORY AND**

          Defendants.    :     **INJUNCTIVE RELIEF**

                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

As *Amicus Curiae*, the United Mexican States ("Mexico"), respectfully moves for leave of Court to file the accompanying brief.[1]

*Amicus Curiae* has two significant sovereign interests impinged by the Defendants' actions.

Mexico has a substantial and compelling interest in ensuring that its bilateral diplomatic relations with the government of the United States of America ("U.S.") be transparent, consistent and reliable, and not frustrated

---

[1] No person other than *Amicus Curiae* or its counsel authored this brief in whole or in part, or made a monetary contribution to its preparation or submission. Counsel for Plaintiff has consented to the filing of this brief.

NYA 649754.1

by the actions of individual U.S. states, herein Alabama and its government officials.

*Amicus Curiae*'s substantial and compelling interest also encompasses ensuring that its citizens are accorded human and civil rights when present in the United States in accordance with the U.S. Constitution and federal immigration law. In particular, Mexico has an interest in protecting its citizens and ensuring that their ethnicity is not used as basis for state-sanctioned acts of bias and discrimination. Therefore, *Amicus Curiae* respectfully requests that the Court grant leave to file this brief.

Respectfully submitted by counsel for *Amicus Curiae*,

/s/ *Edward Still*
EDWARD STILL
      Ala. Bar No. ASB-4786-i47w

**EDWARD STILL LAW FIRM LLC**

PMB 304
130 Wildwood Parkway, Suite 108
Birmingham AL 35209
Telephone: (205) 320-2882
Facsimile: (205) 320-2882
*still@votelaw.com*

HENRY L. SOLANO*
      Colo. Bar No. 7539
CARLA GORNIAK*
      N.Y. Bar No. 4738670
CHRISTOPHER R. CLARK*
      N.Y. Bar No. 4713178

**DEWEY & LEBOEUF**

1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 632-0162
*hsolano@dl.com*
*cgorniak@dl.com*
*crclark@dl.com*

*Application for admission *pro hac vice* forthcoming.

*Counsel for Amicus Curiae*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

                            :          No. 5:11-cv-02484-SLB

Hispanic Interest Coalition of Alabama, *et al.*  :

                            :    **[PROPOSED] ORDER GRANTING MOTION OF THE UNITED MEXICAN STATES AS *AMICUS CURIAE* FOR LEAVE TO FILE BRIEF IN SUPPORT OF PLAINTIFFS' COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

            Plaintiffs,    :

      vs.                :

Governor Robert Bentley, *et al.*,  :

          Defendants.  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

This Court, having considered the Motion of the United Mexican States as *Amicus Curiae* for Leave to File Brief in Support of Plaintiffs' Complaint for Declaratory and Injunctive Relief, and good cause appearing, hereby GRANTS this Motion for Leave to File Brief of the United Mexican States as *Amicus Curiae*.

IT IS HEREBY ORDERED that:

The Motion be and is hereby GRANTED.

_____
Hon. Sharon Lovelace Blackburn
United States District Judge

## CERTIFICATE OF SERVICE

I, Edward Still, hereby certify that on this 3rd day of August 2011, I electronically filed the foregoing Motion of the United Mexican States as *Amicus Curiae* in Support of Plaintiffs Complaint for Declaratory and Injunctive Relief with the Clerk of the Court using the CM/ECF system, which will send notification to the following attorneys:

**Andrew H Turner**
SOUTHERN POVERTY LAW
CENTER
400 Washington Avenue
Mongtomery, AL 36104
334-956-8200
Fax: 334-956-8481

**Ben E Bruner**
BRUNER LAW FIRM
505 South Perry Street
Montgomery, AL 36104
334-323-4462
Fax: 334-263-4766
Email: brunerlawfirm@gmail.com

**Eric J Artrip**
WATSON MCKINNEY & ARTRIP
LLP
203 Greene Street
P O Box 18368
Huntsville, AL 35804
256-536-7423
Fax: 256-536-2689
Email: artrip@watsonmckinney.com

**Herman Watson , Jr.**
WATSON MCKINNEY & Artrip LLP
203 Greene Street
P O Box 18368
Huntsville, AL 35801
256-536-7423
Fax: 256-536-2689
Email: watson@watsonmckinney.com

**Mary Catherine Bauer**
SOUTHERN POVERTY LAW
CENTER
400 Washington Avenue
Montgomery, AL 36104
334-956-8200
Fax: 334-956-8481
Email: mary.bauer@splcenter.org

**Rebekah Keith McKinney**
WATSON MCKINNEY & ARTRIP LLP
203 Green Street
P O Box 18368
Huntsville, AL 35801
256-536-7423
Fax: 256-536-2689
Email: mckinney@watsonmckinney.com

NYA 649754.1

**Samuel J Brooke**
SOUTHERN POVERTY LAW
CENTER
400 Washington Avenue
Montgomery, AL 36104
334-956-8200
Fax: 334-956-8481
Email: sam.brooke@splcenter.org

**Sigfredo Rubio**
RUBIO LAW FIRM PC
438 Carr Avenue, Suite 1
Birmingham, AL 35209
205-443-7858
Fax: 205-433-7853
Email: frubio@rubiofirm.com

**Misty S Fairbanks**
OFFICE OF THE ATTORNEY
GENERAL
501 Washington Avenue
PO Box 300152
Montgomery, AL 36130-0152
334-353-8674
Fax: 334-353-8440
Email: mfairbanks@ago.state.al.us

**James W Davis**
OFFICE OF THE ATTORNEY
GENERAL
501 Washington Avenue
PO Box 300152
Montgomery, AL 36130-0152
334-242-7300
Fax: 334-353-8440
Email: jimdavis@ago.state.al.us

**Margaret L Fleming**
OFFICE OF THE ATTORNEY
GENERAL
501 Washington Avenue
PO Box 300152
Montgomery, AL 36130-0152
334-242-7300
Fax: 334-353-8440
Email: mfleming@ago.state.al.us

**William G Parker , Jr**
OFFICE OF THE ATTORNEY
GENERAL
501 Washington Avenue
PO Box 300152
Montgomery, AL 36130-0152
334-242-7997
Fax: 334-353-8440
Email: wparker@ago.state.al.us

**Winfield J Sinclair**
OFFICE OF THE ATTORNEY
GENERAL
501 Washington Avenue
PO Box 300152
Montgomery, AL 36130-0152
334-353-9110
Fax: 334-353-8440
Email: wsinclair@ago.state.al.us

**J R Brooks**
LANIER FORD SHAVER & PAYNE PC
2101 Clinton Avenue West, Suite 102
P O Box 2087
Huntsville, AL 35805-3077
256-535-1100
Fax: 256-533-9322
Email: jrb@lfsp.com

NYA 649754.1

**Taylor P Brooks**
LANIER FORD SHAVER &
PAYNE
2101 Clinton Avenue West, Suite 102
P O Box 2087
Huntsville, AL 35804
256-535-1100
Fax: 256-533-9322
Email: tpb@lanierford.com

**Donald B Sweeney , Jr**
BRADLEY ARANT BOULT
CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North, Seventh Floor
PO Box 830709
Birmingham, AL 35283-0709
205-521-8000
Fax: 488-6275
Email: dsweeney@babc.com

Signed: /s/ *Edward Still*_____
              EDWARD STILL
              Ala. Bar No. ASB-4786-i47w

**EDWARD STILL LAW FIRM LLC**

NYA 649754.1