FILED

2011 Aug-03  PM 04:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                   :

| | | |
|---|---|---|
| Hispanic Interest Coalition of Alabama, *et al.* | : | No. 5:11-cv-02484-SLB |
| | : | |
| Plaintiffs, | : | **MOTION FOR LEAVE TO JOIN BRIEF OF THE** |
| | : | **UNITED MEXICAN STATES** |
| vs. | : | **AS *AMICUS CURIAE* IN** |
| | : | **SUPPORT OF PLAINTIFFS** |
| Governor Robert Bentley, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

The Governments of Argentina, Bolivia, Brazil, Chile, Colombia, Costa Rica, Dominican Republic, Ecuador, El Salvador, Guatemala, Honduras, Nicaragua, Paraguay, Peru and Uruguay (collectively, the "Governments") respectfully file this motion for leave of Court to join the *amicus curiae* brief filed by the United Mexican States ("Mexico") on August 3, 2011, expressing grave concerns over Alabama's immigration law, House Bill 56 ("HB 56") and underscoring the importance of preliminarily enjoining HB 56 and declaring it unconstitutional in its entirety.

Mexico and the Governments share a commonality of interests – differing not in substance, but merely in proportionality and degree of impact – with regard to HB 56.

1

Similar to Mexico, the Governments have a substantial and compelling interest in ensuring that their respective bilateral diplomatic relations with the government of the United States of America ("United States" or "U.S.") are transparent, consistent and reliable, and not frustrated by the actions of individual U.S. states; in this case Alabama. As with U.S.–Mexico relations, HB 56 raises substantial challenges to the bilateral economic, immigration and security policies of the United States and the Governments.

Furthermore, the Governments have a substantial and compelling interest to ensure that their citizens are accorded human and civil rights when present in the United States in accordance with international treaties, the U.S. Constitution, and federal immigration law. Like Mexico, the Governments are gravely concerned that HB 56 will lead to racial profiling and disparate treatment of their nationals. Accordingly, the Governments have a substantial and compelling interest to ensure that the ethnicity of their citizens is not used as basis for state-sanctioned acts of discrimination.

As such, the Governments have a compelling interest in seeing that HB 56 be preliminarily enjoined and declared unconstitutional in its entirety.

Respectfully submitted by counsel for *Amici Curiae*,

/s/ *Edward Still*
EDWARD STILL
  Ala. Bar No. ASB-4786-i47w

**EDWARD STILL LAW FIRM LLC**

PMB 304
130 Wildwood Parkway, Suite 108
Birmingham AL 35209
Telephone: (205) 320-2882
Facsimile: (205) 320-2882
*still@votelaw.com*

HENRY L. SOLANO*
  Colo. Bar No. 7539
CARLA GORNIAK*
  N.Y. Bar No. 4738670
CHRISTOPHER R. CLARK*
  N.Y. Bar No. 4713178

**DEWEY & LEBOEUF**

1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 632-0162
*hsolano@dl.com*
*cgorniak@dl.com*
*crclark@dl.com*

*Application for admission *pro hac vice* forthcoming.

*Counsel for Amicus Curiae*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
          :

Hispanic Interest Coalition of Alabama, *et*   :    No. 5:11-cv-02484-SLB
*al.*   :
          :
       Plaintiffs,   :    **[PROPOSED] ORDER**
          :    **GRANTING MOTION FOR**
   vs.   :    **LEAVE TO JOIN *AMICUS***
          :    ***CURIAE* BRIEF OF THE**
Governor Robert Bentley, *et al.*,   :    **UNITED MEXICAN STATES**
          :
       Defendants.   :
          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

This Court, having considered the Motion for Leave to Join Brief of the United Mexican States as *Amicus Curiae* in Support of Plaintiffs, and good cause appearing, hereby GRANTS this Motion for leave to Join Brief of the United Mexican States as *Amicus Curiae* as filed by the Governments of Argentina, Bolivia, Brazil, Chile, Colombia, Costa Rica, Dominican Republic, Ecuador, El Salvador, Guatemala, Honduras, Nicaragua, Paraguay, Peru and Uruguay.

IT IS HEREBY ORDERED that:

The Motion be and is hereby GRANTED.

_____
Hon. Sharon Lovelace Blackburn
United States District Judge

4

## CERTIFICATE OF SERVICE

I, Edward Still, hereby certify that on this 3rd day of August 2011, I electronically filed the foregoing Motion of the Governments of Argentina, Bolivia, Brazil, Chile, Colombia, Costa Rica, Dominican Republic, Ecuador, El Salvador, Guatemala, Honduras, Nicaragua, Paraguay, Peru and Uruguay as *Amici Curiae* with the Clerk of the Court using the CM/ECF system, which will send notification to the following attorneys:

**Andrew H Turner**
SOUTHERN POVERTY LAW
CENTER
400 Washington Avenue
Mongtomery, AL 36104
334-956-8200
Fax: 334-956-8481

**Ben E Bruner**
BRUNER LAW FIRM
505 South Perry Street
Montgomery, AL 36104
334-323-4462
Fax: 334-263-4766
Email: brunerlawfirm@gmail.com

**Eric J Artrip**
WATSON MCKINNEY & ARTRIP
LLP
203 Greene Street
P O Box 18368
Huntsville, AL 35804
256-536-7423
Fax: 256-536-2689
Email: artrip@watsonmckinney.com

**Herman Watson , Jr.**
WATSON MCKINNEY & Artrip LLP
203 Greene Street
P O Box 18368
Huntsville, AL 35801
256-536-7423
Fax: 256-536-2689
Email: watson@watsonmckinney.com

**Mary Catherine Bauer**
SOUTHERN POVERTY LAW
CENTER
400 Washington Avenue
Montgomery, AL 36104
334-956-8200
Fax: 334-956-8481
Email: mary.bauer@splcenter.org

**Rebekah Keith McKinney**
WATSON MCKINNEY & ARTRIP LLP
203 Green Street
P O Box 18368
Huntsville, AL 35801
256-536-7423
Fax: 256-536-2689
Email: mckinney@watsonmckinney.com

5

**Samuel J Brooke**
SOUTHERN POVERTY LAW
CENTER
400 Washington Avenue
Montgomery, AL 36104
334-956-8200
Fax: 334-956-8481
Email: sam.brooke@splcenter.org

**Misty S Fairbanks**
OFFICE OF THE ATTORNEY
GENERAL
501 Washington Avenue
PO Box 300152
Montgomery, AL 36130-0152
334-353-8674
Fax: 334-353-8440
Email: mfairbanks@ago.state.al.us

**Margaret L Fleming**
OFFICE OF THE ATTORNEY
GENERAL
501 Washington Avenue
PO Box 300152
Montgomery, AL 36130-0152
334-242-7300
Fax: 334-353-8440
Email: mfleming@ago.state.al.us

**Winfield J Sinclair**
OFFICE OF THE ATTORNEY
GENERAL
501 Washington Avenue
PO Box 300152
Montgomery, AL 36130-0152
334-353-9110
Fax: 334-353-8440
Email: wsinclair@ago.state.al.us

**Sigfredo Rubio**
RUBIO LAW FIRM PC
438 Carr Avenue, Suite 1
Birmingham, AL 35209
205-443-7858
Fax: 205-433-7853
Email: frubio@rubiofirm.com

**James W Davis**
OFFICE OF THE ATTORNEY
GENERAL
501 Washington Avenue
PO Box 300152
Montgomery, AL 36130-0152
334-242-7300
Fax: 334-353-8440
Email: jimdavis@ago.state.al.us

**William G Parker , Jr**
OFFICE OF THE ATTORNEY
GENERAL
501 Washington Avenue
PO Box 300152
Montgomery, AL 36130-0152
334-242-7997
Fax: 334-353-8440
Email: wparker@ago.state.al.us

**J R Brooks**
LANIER FORD SHAVER & PAYNE PC
2101 Clinton Avenue West, Suite 102
P O Box 2087
Huntsville, AL 35805-3077
256-535-1100
Fax: 256-533-9322
Email: jrb@lfsp.com

**Taylor P Brooks**
LANIER FORD SHAVER &
PAYNE
2101 Clinton Avenue West, Suite 102
P O Box 2087
Huntsville, AL 35804
256-535-1100
Fax: 256-533-9322
Email: tpb@lanierford.com

**Donald B Sweeney , Jr**
BRADLEY ARANT BOULT
CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North, Seventh Floor
PO Box 830709
Birmingham, AL 35283-0709
205-521-8000
Fax: 488-6275
Email: dsweeney@babc.com

Signed: /s/ *Edward Still*\_\_\_\_\_
EDWARD STILL
Ala. Bar No. ASB-4786-i47w

**EDWARD STILL LAW FIRM LLC**

7