FILED

2011 Aug-05  AM 11:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | |
|---|---|
| Hispanic Interest Coalition of Alabama, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Governor Robert Bentley, et al., <br><br> Defendants. | Case No. 5:11-cv-02484-SLB |

**MOTION WITH ATTACHED BRIEF BY THE**
**NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS**
**FOR LEAVE TO FILE AS AMICUS CURIAE SUPPORTING**
**PLAINTIFFS' REQUEST FOR A PRELIMINARY INJUNCTION**

Movant respectfully requests leave to file the attached brief in support of the

request for a preliminary injunction filed by plaintiffs, for the reasons stated in the brief.

Respectfully submitted this 5th day of August, 2011.

*/s/ Thomas J. Spina*

Thomas J. Spina
State Bar #4959-N77T
1330 21st Way South, Suite 200
Birmingham, Alabama 35205
(205) 939-1330
tommyspina@bellsouth.net