Dale M. Schwartz
Dale M. Schwartz & Associates
St. 450 RiverEdge One
5500 Interstate North Parkway, NW
Atlanta, GA 30328
Telephone: (770) 951-1100
Facsimile:  (770) 951-1113
dale@immlawfirm.com

Of Counsel:

Anti-Defamation League
605 Third Avenue
New York, NY 10158-3560
Telephone: (212) 885-7700
Facsimile:  (212) 885-5882

Steven M. Freeman
sfreeman@adl.org
Steven C. Sheinberg
ssheinberg@adl.org
Deborah Bensinger
dbensinger@adl.org
David L. Barkey
dbarkey@adl.org

Attorneys for Anti-Defamation League

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| Hispanic Interest Coalition of Alabama, et al., <br><br>     Plaintiffs, <br><br> v. <br><br> Governor Robert Bentley, et al., <br><br>     Defendants. | Case No.: 5:11-cv-02484-SLB <br><br> **MOTION OF ANTI-DEFAMATION LEAGUE FOR LEAVE TO APPEAR AS AMICUS CURIAE ANDTO FILE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

### MOTION FOR LEAVE TO APPEAR AS AMICUS CURIAE AND TO FILE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

The Anti-Defamation League ("ADL"), moves this Court for leave to appear in the above-captioned cause as amicus curiae and to file an amicus curiae brief, submitted to the Court on August 5, 2011, in this matter, in support of the Plaintiffs' Motion for Preliminary Injunction.

The interests of the amicus curiae ADL are fully set out more completely in the Statement of Interest at the beginning of the Amicus Brief filed by ADL  [Attached hereto as Exhibit "A" and filed herein at DE 71].

The ADL believes that Alabama's new anti-immigrant legislation, HB 56, is unconstitutional and should be so declared.  ADL's interest in advancing and protecting the rights of all people, and in particular disadvantaged people, minorities, victims of crime and victims of hate crimes, coupled with ADL's experience in training thousands of local, state, and federal law enforcement officers throughout the United States in these matters, compels it to submit the aforesaid Brief to assist the Court in its deliberations.

DATED: The 8th day of August, 2011.

Respectfully submitted,

_____

/S/ Dale Schwartz
Dale M. Schwartz & Associates., LLP
Suite 450 RiverEdge One
5500 Interstate N. Pkwy. NW
Atlanta, GA 30328
   GA.BAR: 631000

Steven M. Freeman
Steven C. Sheinberg
Deborah Bensinger
David L. Barkey
Anti-Defamation League
605 Third Avenue
New York, NY 10158-3560


_____
_____

_____
/S/ David I. Schoen
Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, AL  36106
(334) 395-6611 (o)
(917) 591-7586 (f)
dschoen@aol.com
_____

Attorneys for Anti-Defamation League


<u>CERTIFICATE OF SERVICE</u>


I HEREBY CERTIFY THAT ON August 8, 2011, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing and transmittal of a Notice of Electronic Filing to each of the CM/ECF Registrants in the subject case matter.

This 8th day of August, 2011.


_
_____
        /S/ DAVID I. SCHOEN
Attorney for Anti-Defamation League


David I. Schoen
Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, AL  36106
(334) 395-6611 (o)
(917) 591-7586 (f)
dschoen@aol.com