# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| HISPANIC INTEREST COALITION OF ALABAMA, *et al.*,<br><br>            Plaintiffs,<br><br>     v.<br><br>ROBERT BENTLEY, in his official capacity as Governor of the State of Alabama, *et al.*,<br><br>            Defendants. | Case Number:<br>5:11-cv-02484-SLB |

## NOTICE OF INTERLOCUTORY APPEAL BY ALL PLAINTIFFS

Come now all Plaintiffs, by and through undersigned counsel, and hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Court's September 28, 2011 order denying in part Plaintiff's Motion for Preliminary Injunction.  (Docs. 137 & 138.)  Specifically, Plaintiffs appeal the denial of the motion to enjoin enforcement of Sections 10, 12, 27, 28, and 30 of HB 56 / Act 2011-535.

The district court's order is immediately appealable pursuant to 28 U.S.C. § 1292 (a)(1).

Dated September 29, 2011                     Respectfully Submitted,

                                                                   s/ Samuel Brooke
                                                          
                                                                   *On behalf of Attorneys for Plaintiffs*

Mary Bauer (ASB-1181-R76B)
Andrew H. Turner (ASB-8682-W84T)
Samuel Brooke (ASB-1172-L60B)
SOUTHERN POVERTY LAW
CENTER
400 Washington Ave.
Montgomery, Alabama 36104
T: (404) 956-8200
*mary.bauer@splcenter.org*
*andrew.turner@splcenter.org*
*samuel.brooke@splcenter.org*

Cecillia D. Wang*
Katherine Desormeau*
Kenneth J. Sugarman*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, California 94111
T: (415) 343-0775
*cwang@aclu.org*
*kdesormeau@aclu.org*
*irp_ks@aclu.org*

Michelle R. Lapointe *
Naomi Tsu *
Daniel Werner *
SOUTHERN POVERTY LAW
CENTER
233 Peachtree St., NE, Suite 2150
Atlanta, Georgia  30303
T: (404) 521-6700
*naomi.tsu@splcenter.org*
*michelle.lapointe@splcenter.org*
*daniel.werner@splcenter.org*

Sin Yen Ling*
ASIAN LAW CAUCUS
55 Columbus Avenue

Andre Segura*
Elora Mukherjee*
Omar C. Jadwat*
Lee Gelernt*
Michael K. T. Tan*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
T: (212) 549-2660
*asegura@aclu.org*
*ojadwat@aclu.org*
*lgelernt@aclu.org*
*mtan@aclu.org*
*emukherjee@aclu.org*

Linton Joaquin*
Karen C. Tumlin*
Shiu-Ming Cheer*
Melissa S. Keaney*
NATIONAL IMMIGRATION LAW
CENTER
3435 Wilshire Boulevard, Suite 2850
Los Angeles, California 90010
T: (213) 639-3900
*joaquin@nilc.org*
*tumlin@nilc.org*
*cheer@nilc.org*
*keaney@nilc.org*

Tanya Broder*
NATIONAL IMMIGRATION LAW
CENTER
405 14th Street, Suite 1400
Oakland, California 94612
T: (510) 663-8282
*broder@nilc.org*

Ben Bruner (ASB-BRU-001)
THE BRUNER LAW FIRM

San Francisco, California 94111
T: (415) 896-1701 x 110
*sinyenL@asianlawcaucus.org*

Erin E. Oshiro*
ASIAN AMERICAN JUSTICE CENTER, MEMBER OF THE ASIAN AMERICAN CENTER FOR ADVANCING JUSTICE
1140 Connecticut Ave., NW
Suite 1200
Washington, DC 20036
T: (202) 296-2300
*eoshiro@advancingequality.org*

Foster S. Maer*
Ghita Schwarz*
Diana S. Sen*
LATINOJUSTICE PRLDEF
99 Hudson St., 14th Floor
New York, New York 10013
T: (212) 219-3360
*fmaer@latinojustice.org*
*gschwarz@latinojustice.org*
*dsen@latinojustice.org*

G. Brian Spears*
1126 Ponce de Leon Ave., N.E.
Atlanta, Georgia 30306
T: (404) 872-7086
*bspears@mindspring.com*

Chris Newman*
Jessica Karp*
NATIONAL DAY LABORER ORGANIZING NETWORK
675 S. park View St., Suite B
Los Angeles, California 90057
T: (213) 380-2785
*newman@ndlon.org*

1904 Berryhill Road
Montgomery, Alabama 36117
T: (334) 201 0835
*brunerlawfirm@gmail.com*

Freddy Rubio (ASB-5403-D62R)
Cooperating Attorney, ACLU of Alabama Foundation
Rubio Law Firm, P.C.
438 Carr Avenue, Suite 1
Birmingham, Alabama 35209
T: 205-443-7858
*frubio@rubiofirm.com*

Herman Watson, Jr. (ASB-6781-O74H)
Eric J. Artrip (ASB-9673-I68E)
Rebekah Keith McKinney (ASB-3137-T64J)
Watson, McKinney & Artrip, LLP
203 Greene Street
P.O. Box 18368
Huntsville, Alabama 35804
T: (256) 536-7423
*watson@watsonmckinney.com*
*mckinney@watsonmckinney.com*
*artrip@watsonmckinney.com*

Victor Viramontes*
Martha L. Gomez*
MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
634 S. Spring Street, 11th Floor
Los Angeles, California 90014
T: (213) 629-2512 x 133
*vviramontes@maldef.org*
*mgomez@maldef.org*

Nina Perales*
MEXICAN AMERICAN LEGAL

3

*jkarp@ndlon.org*

Allison Neal (ASB 3377-I72N)
AMERICAN CIVIL LIBERTIES UNION OF ALABAMA FOUNDATION
207 Montgomery St., Suite 910
Montgomery, Alabama  36104
T: (334) 265-2754 x 203
*aneal@aclualabama.org*

DEFENSE AND EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, Texas 78205
T: (210) 224-55476 x 206
*nperales@maldef.org*

Amy Pedersen*
MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
1016 16th Street NW, Suite 100
Washington, DC 20036
T: (202) 293-2828 x 12
*apedersen@maldef.org*

 * admitted *pro hac vice*.

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

        s/ Samuel Brooke