FILED
2011 Sep-29  PM 03:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| HISPANIC INTEREST COALITION OF ALABAMA, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>ROBERT BENTLEY, in his official capacity as Governor of the State of Alabama; *et al.*, )<br>)<br>Defendants. ) | Case Number 5:11-CV-2484-SLB |

## ORDER

This case comes before the court on the plaintiffs' Emergency Motion to Enjoin Portions of HB 56 Pending Appeal and Memorandum in Support. (Doc. 140). Any opposition to the Motion shall be filed no later than **9:00 a.m.** on **Monday, October 3, 2011.**

**DONE** this 29th day of September, 2011.

*Sharon Lovelace Blackburn*

SHARON LOVELACE BLACKBURN
United States District Judge