# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

|   |   |
|---|---|
| Hispanic Interest Coalition of Alabama, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Governor Robert Bentley, et al.,<br><br>    Defendants. | Case No. 5:11-cv-02484-SLB |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Local Rule 83.1(b), Allison Neal, a member of this Court, moves this Court for his co-counsel, Justin Cox of the ACLU Immigrants' Rights Project, 230 Peachtree Street NW, Suite 1440, Atlanta, GA 30303, (404) 523-2721 ext. 215, to be admitted *pro hac vice* on behalf of the Plaintiffs in this action. In support, Ms. Neal states as follows:

1.    Justin Cox is not admitted to practice in the U.S. District Court for the Northern District of Alabama.  Mr. Cox resides in and regularly practices law in the state of Georgia.  He is a member in good standing of the Maryland bar.

2.    Ms. Neal is an attorney with the American Civil Liberties Union of Alabama, 207 Montgomery Street, Suite 910, Montgomery, Alabama 36104, (334) 265-2754, ext. 203, and is admitted to practice before the Supreme Court of

Alabama, the United States District Court for the Northern, Middle, and Southern Districts of Alabama, and the Eleventh Circuit Court of Appeals.

3. In accordance with the local rules of this Court, Justin Cox has made payment of this Court's $50 admission fee.

4. Mr. Cox agrees to submit to and to comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before this Court in connection with her *pro hac vice* representation in this case.

WHEREFORE, Allison Neal moves this Court to enter the attached Order for Justin Cox to appear before this Court on behalf of all Plaintiffs in this case.

          Respectfully submitted,

          /s/ Allison Neal
          Allison Neal
          AL. Bar No. ASB – 3377-I72N
          American Civil Liberties Union of Alabama
          207 Montgomery Street, Suite 910
          Montgomery, AL 36104
          T: (334) 265-2754, ext. 203
          F: (334) 269-5666
          *aneal@aclualabama.org*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this date a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and served electronically on all parties registered through that system. Parties may also access this filing through the court's CM/ECF System.

     I further certify that on this day a copy was mailed with first class postage prepaid to the following individuals:

>Winfield J. Sinclair
>Office of the Attorney General, State of Alabama
>501 Washington Ave.
>Montgomery, AL 36104

who has represented that he is authorized to accept service for Defendants Bentley, Strange, Morton, Hill, and Broussard.

>J.R. Brooks, Esq.
>LANIER FORD SHAVER & PAYNE P.C.
>P.O. Box 2087
>Huntsville, AL 35804

who has represented that he is authorized to accept service for Defendants Wardynski, Warren, Blair, Fuller, Thompson, and Langham.

                                          /s/ Allison Neal